1  **Rivera&Associates**
2  1451 River Park Drive, Suite 145
   Sacramento, California 95815
3  Tel: 916-922-1200 Fax: 916 922-1303

4  Jesse M. Rivera, CSN 84259
5  Jonathan B. Paul, CSN 215884
   Shanan L. Hewitt, CSN 200168
6  Kelly A. Yokley, CSN 192015

7  Attorneys for Defendant,
   R. Liles
8

9  Plaintiff in Pro Per
   Lamavis A. Comundoiwilla, J-78113
10 Calipatria State Prison
   P.O. Box 5002
11 Calipatria, CA 92233-5002

12

13
                    IN THE UNITED STATES DISTRICT COURT
14
                    IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
15

16 LAMAVIS ANTHOWN              )   CASE NO. 1:10-cv-00845-AWI-DLB
   COMUNDOIWILLA,               )
17                              )   **STIPULATION AND ORDER**
                                )   **MODIFYING SCHEDULING ORDER**
              Plaintiff,        )
18 vs.                          )
                                )
19                              )
                                )
20 R. LILES                     )
                                )
21            Defendants.       )
                                )
22

23      COME NOW THE PARTIES by and through their respective attorneys, if any, and

24 subject to the approval of this Court, and hereby stipulate and respectfully request the following

25 modifications and/or amendments to this Court's Pretrial Scheduling Order of June 3, 2011

26 (Document 13), regarding the scheduling of this case:

27      •     That the dispositive motion deadline of April 12, 2012 be vacated and reset, if

28            necessary, upon the conclusion of settlement discussions.

1  This calendaring modification is requested because the parties are presently engaged in
2  settlement discussions in this matter.  In particular, plaintiff has made a settlement offer in this
3  matter which is under consideration of defendant at this time.  The parties do not desire to
4  expend further funds toward dispositive motions when said resources could be put to better use
5  in settling the case.  Further, the parties believe that in the event that they are unable to reach a
6  settlement on their own accord, this matter could likely be resolved by way of a court mediated
7  settlement conference without further law and motion practice.  The requested vacation of the
8  dispositive motion deadline does not otherwise effect the scheduling order as there are no
9  pretrial or trial dates set in this matter.

10  Dated: April 12, 2012                                    RIVERA & ASSOCIATES

12                                                                            /s/ Jonathan B. Paul
                                                                           JONATHAN B. PAUL
                                                                           Attorneys for Defendant,
13                                                                         R. Liles

15  Dated: April 12, 2012                                    PLAINTIFF IN PRO PER

16                                                                           (As authorized on April 12, 2012)

17                                                                           /s/ Lamavis A. Comundoiwilla
                                                                           LAMAVIS A. COMUNDOIWILLA
18                                                                         Plaintiff in Pro Per

20  **IT IS SO ORDERED.**

21      **Dated:   April 16, 2012**                            _____/s/ **Dennis L. Beck**_____
                                                                           **UNITED STATES MAGISTRATE JUDGE**