1 | **Rivera&Associates**

2 | 1451 River Park Drive, Suite 145
Sacramento, California 95815

3 | Tel: 916-922-1200 Fax: 916 922-1303

4 | Jesse M. Rivera, CSN 84259
5 | Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168
6 | Kelly A. Yokley, CSN 192015

7 | Attorneys for Defendant,
R. Liles
8 |

9 | Plaintiff in Pro Per
Lamavis A. Comundoiwilla, J-78113
10 | Calipatria State Prison
P.O. Box 5002
11 | Calipatria, CA 92233-5002

12 |

13 |
### IN THE UNITED STATES DISTRICT COURT
14 |
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
15 |

16 | LAMAVIS ANTHOWN COMUNDOIWILLA,  )   **CASE NO. 1:10-cv-00845-AWI-DLB**
17 |                                )
                                   )   **STIPULATION AND ORDER**
                Plaintiff,         )   **MODIFYING SCHEDULING ORDER**
18 | vs.                            )
                                   )
19 |                                )
                                   )
20 | R. LILES                       )
                                   )
21 |           Defendants.          )
                                   )
22 |

23 | COME NOW THE PARTIES by and through their respective attorneys, if any, and

24 | subject to the approval of this Court, and hereby stipulate and respectfully request the following

25 | modifications and/or amendments to this Court's Pretrial Scheduling Order of June 3, 2011

26 | (Document 13), regarding the scheduling of this case:

27 | • That the dispositive motion deadline of April 12, 2012 be vacated and reset, if

28 | necessary, upon the conclusion of settlement discussions.

1  This calendaring modification is requested because the parties are presently engaged in
2  settlement discussions in this matter.  In particular, plaintiff has made a settlement offer in this
3  matter which is under consideration of defendant at this time.  The parties do not desire to
4  expend further funds toward dispositive motions when said resources could be put to better use
5  in settling the case.  Further, the parties believe that in the event that they are unable to reach a
6  settlement on their own accord, this matter could likely be resolved by way of a court mediated
7  settlement conference without further law and motion practice.  The requested vacation of the
8  dispositive motion deadline does not otherwise effect the scheduling order as there are no
9  pretrial or trial dates set in this matter.

10  Dated: April 12, 2012                         RIVERA & ASSOCIATES

12                                                  /s/ Jonathan B. Paul
                                                  JONATHAN B. PAUL
                                                  Attorneys for Defendant,
13                                                R. Liles

15  Dated: April 12, 2012                         PLAINTIFF IN PRO PER

16                                                (As authorized on April 12, 2012)

17                                                /s/ Lamavis A. Comundoiwilla
                                                  LAMAVIS A. COMUNDOIWILLA
18                                                Plaintiff in Pro Per

20  **IT IS SO ORDERED.**

21  **Dated:   April 16, 2012**                  _____/s/ Dennis L. Beck_____
                                                  **UNITED STATES MAGISTRATE JUDGE**