# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAVIS ANTHOWN COMUNDOIWILLA,<br><br>           Plaintiff,<br><br>      v.<br><br>R. LILES,<br><br>           Defendant. | Case No. 1:10-cv-00845-AWI-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE FOR SETTLEMENT CONFERENCE** |

Plaintiff Lamavis Anthown Comundoiwilla ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. This action is proceeding against Defendant R. Liles for violation of the Free Exercise Clause of the First Amendment and the Religious Land Use and Institutionalized Persons Act of 2000. This matter is set for settlement conference before United States Magistrate Judge Craig M. Kellison in the Sacramento Division of the Eastern District of California on November 15, 2012. Pending before the Court is Plaintiff's motion to appear by telephone, filed September 24, 2012. The matter is submitted pursuant to Local Rule 230(l).

The Court issued a Writ of Habeas Corpus Ad Testificandum as to Plaintiff to appear in Sacramento for this settlement conference. Plaintiff requests that he not appear in person in order to save the parties time and money. Plaintiff is currently incarcerated at Calipatria State Prison.

The Court will deny the motion. It is this Court's experience that settlement conferences are best accomplished in person, rather than having one party appear telephonically. Accordingly, it is

1

HEREBY ORDERED that Plaintiff's motion to appear by telephone for the settlement conference is denied.

IT IS SO ORDERED.

Dated:   **October 23, 2012**                              /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE

2