# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAVIS ANTHOWN COMUNDOIWILLA,<br><br>Plaintiff,<br><br>v.<br><br>R. LILES,<br><br>Defendant. | Case No. 1:10-cv-00845-AWI-DLB PC<br><br>**ORDER SETTING DISPOSITIVE MOTION DEADLINE**<br><br>ECF Nos. 21, 29<br><br>Deadline: March 11, 2013 |

Plaintiff Lamavis Anthown Comundoiwilla ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant R. Liles for violation of the Free Exercise Clause of the First Amendment and the Religious Land Use and Institutionalized Persons Act of 2000. On April 16, 2012, the Court vacated the dispositive motion deadline pending the outcome of a settlement conference between the parties. On November 16, 2012, a settlement conference was held in this action. The action was not settled.[1]

Accordingly, it is HEREBY ORDERED that the deadline for filing dispositive motion is **March 11, 2013**. All other provisions and deadlines of the June 3, 2011 Discovery and Scheduling Order apply.

IT IS SO ORDERED.

Dated: **February 11, 2013**          /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's motions, filed June 19, 2012, and November 30, 2012 are resolved. Plaintiff's June 19, 2012 motion requested alternative dispute resolution. Plaintiff's November 30, 2012 motion requested that the action be stayed until Plaintiff returned to his prison facility following the settlement conference.

1