# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAVIS ANTHOWN COMUNDOIWILLA,<br><br>             Plaintiff,<br><br>    v.<br><br>R. LILES,<br><br>             Defendant. | Case No. 1:10-cv-00845-AWI-DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION IN LIMINE AS PREMATURE<br><br>ORDER GRANTING DEFENDANT'S MOTION TO STRIKE SURREPLY<br><br>(ECF Nos. 34 & 42) |

Plaintiff Lamavis Anthown Comundoiwilla ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2013, Plaintiff filed a motion in limine regarding his previous convictions. (ECF No. 34.) There is currently no trial set for this case and Plaintiff's motion is therefore premature. The Court will issue deadlines for motions in limine in a pretrial order only after a trial is set.

On July 1, 2013, Defendant filed a motion to strike Plaintiff's surreply, labeled Plaintiff's Amended Statement. (ECF Nos. 41 & 42.) Parties do not have the right to file surreplies and motions are deemed submitted when the time to reply has expired. Local Rule 230(*l*). The Court generally views motions for leave to file a surreply with disfavor. *Hill v. England*, No. CVF05869 REC TAG, 2005 WL 3031136, at *1 (E.D. Cal. 2005) (citing *Fedrick v. Mercedes-Benz USA, LLC*, 366 F.Supp.2d 1190, 1197 (N.D. Ga. 2005)). However, district courts have the

1

discretion to either permit or preclude a surreply. *See U.S. ex rel. Meyer v. Horizon Health Corp.*, 565 F.3d 1195, 1203 (9th Cir. 2009) (district court did not abuse discretion in refusing to permit "inequitable surreply"); *JG v. Douglas County School Dist.*, 552 F.3d 786, 803 n.14 (9th Cir. 2008) (district court did not abuse discretion in denying leave to file surreply where it did not consider new evidence in reply); *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) (new evidence in reply may not be considered without giving the non-movant an opportunity to respond). To the extent that Defendant's reply does contain any new evidence, the Court will not consider it in ruling on the motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion in limine, filed March 12, 2013, is DENIED as premature; and

2. Defendant's motion to strike Plaintiff's surrreply, filed July 1, 2013, is GRANTED and Plaintiff's surreply, filed June 5, 2013, is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **March 31, 2014**                    /s/ *Dennis L. Beck*
                                               UNITED STATES MAGISTRATE JUDGE